**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLES W. WINDHAM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVE DAVIES, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-01651-LJO-SAB (PC)<br><br>ORDER DISMISSING ACTION PURSUANT TO PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL AND DIRECTING CLERK OF COURT TO SERVE COPY OF PLAINTIFF'S DECLARATION ON SUPERVISING DEPUTY ATTORNEY GENERAL, MONICA ANDERSON<br><br>[ECF No. 22] |

　　　Plaintiff is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　On April 24, 2015, Plaintiff filed a declaration in which he requests the Court dismiss the instant case.[1] Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). At this stage in the proceedings, Plaintiff has the absolute right to dismiss his claims, without prejudice. Duke Energy Trading and Marketing, L.L.C. v. Davis, 267 F.3d 1042, 1049 (9th Cir. 2001). The filing of the notice itself has the effect of closing the action, and the Court no longer has jurisdiction over the claims. Id.

///

---

[1] In the declaration, Plaintiff makes a verbal threat to harm individuals within the prison, and based on the serious nature of Plaintiff's statement, the Court will therefore direct the Clerk of Court to serve a copy of Plaintiff's declaration on the Office of the Attorney General, Supervising Deputy Attorney General, Monica Anderson.

1

Accordingly, the Clerk of the Court is HEREBY DIRECTED to close this file pursuant to Plaintiff's notice of voluntary dismissal filed on April 24, 2015. The Clerk of Court is directed to serve a copy of the declaration filed by Plaintiff on April 24, 2015, on Supervising Deputy Attorney General, Monica Anderson at monica.anderson@doj.ca.gov.

IT IS SO ORDERED.

Dated: **April 28, 2015**     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

.